

GOLDBERG SEGALLA<sup>LLP</sup>

Lisa M. Robinson | Special Counsel
Direct 315.413.5420 | lrobinson@goldbergsegalla.com

December 30, 2014

*Via ECF*

Honorable David E. Peebles
Magistrate Judge, U.S. District Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261-7367

    Re:    **Bobletz v. Karl Storz Endoscopy-America, Inc., et al.**
              **Civil Action No. 3:14-cv-01024 (TJM/DEP)**
              **GS File No. 14955.0017**

Honorable Magistrate Peebles:

        This firm represents Defendants KARL STORZ ENDOSCOPY-AMERICA, INC. ("KSEA") in this case.

        Previously, the parties jointly requested and were granted an adjournment of the Rule 16 conference, in part, because Plaintiff was seeking to serve Karl Storz GmbH & Co. (a German company) via the Hague Convention. Accordingly, the Rule 16 Conference was adjourned to January 9, 2015.

        After the Court granted that adjournment of the Rule 16 conference, KSEA filed a Rule 12(b)(6) motion (See Dkt. #15) seeking, amongst other things, to have several of Plaintiff's causes of action dismissed. Recently, the parties stipulated as to the issues raised in the motion as set forth in the letter to Senior District Judge McAvoy dated December 23, 2014, which included a Proposed Stipulated Order for the Court's approval that was executed by both parties (See, Dkt. #20).

        At this point, Judge McAvoy has not yet signed the Proposed Stipulated Order and the Rule 12(b)(6) motion is currently still returnable on January 12, 2014 in Albany.

        In light of the fact that KSEA's motion is still returnable on a date that is scheduled to take place after the Rule 16 Conference set for January 9th and that KSEA has not yet served its Answer to Plaintiff's Complaint, and that Plaintiff may be serving an Amended Complaint in the near future should Senior District Judge McAvoy approve the Proposed Stipulated Order (Dkt. #20), the parties have consulted and jointly request that the Rule 16 conference be adjourned until the end of February or early March 2015, which would be sufficient time for Plaintiff to serve an Amended Complaint and for KSEA to serve its Answer to the Amended Complaint.

        Counsel for both the plaintiff (who has reviewed a draft of this letter) and the defendants believe that another adjournment of the Rule 16 Conference would be in the interest of judicial

December 30, 2014
Page 2

economy.

    Thank you for your courtesies and consideration in this regard.

                             Very truly yours,

                             Lisa M. Robinson

LMR/mo
Enc.
cc:    Andres F. Alonzo, Esq., via ECF
        David B. Krangle, Esq., via ECF
        Michael Shalhoub, Esq., via ECF