## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2015, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and all counsel of record using CM/ECF.

I also certify that the foregoing document is being served on January 13, 2015 via electronic mail to the following address:

>Michael D. Shalhoub
>Electronic Mail: mshalhoub@goldbergsegalla.com
>GOLDBERG SEGALLA
>*Attorney for Defendant*
>Karl Storz Endoscopy-America

_____
Andres F. Alonso (AFA 8307)

1